**George SPITTAL, Plaintiff–Appellant,**

v.

**Ted APEL; et al., Defendants–**
**Appellees.**

**No. 06–16756.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 12, 2007 *.

Filed March 16, 2007.

George Spittal, Sacramento, CA, pro se.

Justin Neal Telford, Esq., Thomas L. Riordan, Porter Scott Weiberg & Delehant, Sacramento, CA, for Defendants–Appellees.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

George Spittal appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging school district officials retaliated against him, in violation of the First Amendment, when they threatened to remove him from his substitute teaching assignment, and imposing pre-filing conditions on future complaints because of a vexatious litigant finding. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the dismissal of Spittal's action. *Sosa v. DIRECTV, Inc.*, 437 F.3d 923, 927 (9th Cir.2006). We review the imposition of a pre-filing review order for an abuse of discretion. *De Long v. Hennessey*, 912 F.2d 1144, 1146 (9th Cir.1990). We affirm.

The district court properly dismissed Spittal's action because the complaint did not provide fair notice to defendants of the allegations against them. *See Bruns v. Nat'l Credit Union Admin.*, 122 F.3d 1251, 1257 (9th Cir.1997) ("Vague and conclusory allegations of official participation in civil rights violations are not sufficient to withstand a motion to dismiss.") (citation omitted).

The district court did not abuse its discretion in imposing a pre-filing review order, where the district court gave Spittal notice and an opportunity to respond, developed a record for review, made findings of harassment, and narrowly tailored the remedy. *See De Long*, 912 F.2d at 1147–48.

Spittal's remaining contentions lack merit.

## AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

